In the Matter of the Application of JOHN P. SCHERMERHORN, Respondent, for an Order Authorizing the Issuance of a Warrant of Attachment against Funds in the Hands of RUDOLPH STAND, Esq., Receiver, etc. ORATOR FRANK WOODWARD, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

CHARLES CLEES, JR., Respondent, v. DIETER BEARINGS CORPORATION and P. W. DIETER, INC., Appellants, and MYRTLE ADAMS DIETER, as Executrix, etc., of PAUL W. DIETER, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JACK KURTZ, Respondent, v. STRUCTURAL BUILDERS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

JOHN C. EVERSMAN, Appellant, v. ENGINEERS' CLUB, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THEODORE M. BAER, an Infant, etc., and FLORENCE A. ISAACS, Respondents, v. CITY OF NEW YORK and 470 WEST END AVENUE CORPORATION, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

COLUMBIA CASUALTY COMPANY, Appellant, v. TRI-BORO BUILDERS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

WILLIAM SALISBURY and JEREMIAH O'KEEFE, Appellants, v. RICHARD BUDICH, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

EDWARD J. PFEIFFER, Respondent, v. EDWARD J. CHURCHILL and DONAHUE & COE, INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: FLEURETTE REILLY, Judgment Creditor, Respondent, v. EDWARD J. REILLY, Judgment Debtor, Appellant. WILLIAM T. COWIN and Others, Trustees of the PRUDENCE COMPANY, INC. (in Federal Liquidation), Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.